FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 11  P 4:08

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM J. MERCIER | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-01-3363 |
| ROBERT O. ARCHER, et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

It appears that Plaintiff's claims against Defendant Robert O. Archer have been converted to claims against the United States and dismissed. It further appears that there is no federal claim asserted against the remaining defendants.

Accordingly, by separate Order, the case shall be remanded to the Circuit Court for Talbot County, Maryland.

SO ORDERED this  11th  day of December, 2001.

_____
Marvin J. Garbis
United States District Judge

