FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 11  P 4:08

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM J. MERCIER                *

    Plaintiff              *

vs.                               *   CIVIL ACTION NO. MJG-01-3363

ROBERT O. ARCHER, et al.          *

    Defendants             *

\*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER REMANDING CASE

For reasons stated in the Order issued this date:

1. This case, originally filed in the Circuit Court for Talbot County, Maryland as <u>Mercier v. Archer</u>, Case No. 20-C-01-004379, and removed to this Court therefrom is hereby REMANDED.

2. The State Court may proceed with this case.

3. The parties shall bear their own costs.

SO ORDERED this _11th_ day of December, 2001.

                                            _/s/ Marvin J. Garbis_
                                            Marvin J. Garbis
                                       United States District Judge

DEC 1 2001